IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CANADIAN BREAKS, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § | 2:21-CV-37-M-BR |
| JPMORGAN CHASE BANK, N.A., | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff Canadian Breaks, LLC's Motion to Remand and Brief in Support. (ECF 20). The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motion. (ECF 44). Plaintiff filed objections on September 28, 2021. (ECF 46). Defendant filed a response to Plaintiff's objections on October 12, 2021 (ECF 50). The District Court has made a *de novo* review of the portions of the proposed findings and recommendation to which objections were made. The objections are overruled. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and Plaintiff's Motion to Remand and Brief in Support (ECF 20) is **DENIED**.

It is **ORDERED** that Defendant JPMorgan Chase Bank, N.A. shall be granted leave to file an amended notice of removal and allege complete diversity of citizenship on information and belief within fourteen (14) days of this Order.

**SO ORDERED**, this 20th day of October, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE