IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CANADIAN BREAKS, LLC, | § |
| Plaintiff and Counter-Defendant, | § |
| v. | §    2:21-CV-37-M-BR |
| JPMORGAN CHASE BANK, N.A., | § |
| Defendant and Counter-Plaintiff. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant and Counter-Plaintiff JPMorgan Chase Bank, N.A.'s ("JPMorgan") Rule 12(c) Motion for Judgment on the Pleadings. (ECF 47). The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motion. (ECF 65). No objections were filed. The District Court reviewed the Findings, Conclusions, and a Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and JPMorgan's Rule 12(c) Motion for Judgment on the Pleadings (ECF 47) is **DENIED**.

**SO ORDERED**, this 15th day of April, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE