IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CANADIAN BREAKS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:21-cv-00037-M |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Following a bench trial, the Court entered its Findings of Fact and Conclusions of Law. In accordance with those Findings and Conclusions, it is

**ORDERED, ADJUDGED**, and **DECREED** that (1) Plaintiff Canadian Breaks shall recover from Defendant JPMorgan Chase Bank, N.A., $3,638,256.90 in damages and take nothing on its other claims,

(2) in accordance with the Court's ruling on Defendant's motion for summary judgment, Defendant prevails (a) on its claims for breach of contract and declaratory judgment, but based on its stipulation in the Joint Pretrial Order (ECF No. 186, p. 19) is awarded no damages, and (b) on Plaintiff's claim for declaratory judgment, and

(3) Plaintiff shall recover from Defendant pre-judgment interest at New York's statutory rate of 9% per annum on $3,638,256.90, from February 17, 2022, to the date of this Judgment, plus post-judgment interest at the legal rate on all sums awarded pursuant to 28 U.S.C. § 1961(a), compounded annually, from the date of this Judgment until paid in full. Given the outcome of this case, costs of court are taxed against the party incurring the same.

**SO ORDERED**.

June 10, 2025.

                                                    */s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE